FILED
CLERK, U.S. DISTRICT COURT
JUL - 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINGALE INVESTMENTS, LLC, | NO. CV 13-4329-UA(DUTYx) |
| Plaintiff, | |
| v. | ORDER SUMMARILY REMANDING |
| ABDOLAHAD PAK, et al., | IMPROPERLY REMOVED ACTION |
| Defendants. | |

In a separate order, the Court has denied Defendant's application to proceed <u>in forma pauperis</u> in this improperly removed unlawful detainer action. For the same reasons stated in the Court's separate order, the action is remanded to state court for lack of subject matter jurisdiction.

DATED: 7/2, 2013.

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE